### (January 7, 1942.)

In the Matter of the Claims of OCTAVE BROCHU and ALVINE BROCHU, Appellants, against HARRIS STRUCTURAL STEEL CO., INC., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to prosecute appeal on a typewritten record granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of HARRY CHERRY, Respondent, for an Order of Certiorari, Pursuant to Article 78 of the Civil Practice Act, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Appellant.— Motion on behalf of the Allied Dental Council, Inc., to file brief *amicus curiæ* granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of CLAUDE CLARKE, Claimant, against CHARLES J. HERSON and RUTH K. HERSON, Appellants, and AMERICAN MUTUAL LIABILITY INSURANCE CO., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted unless appellants perfect appeal, file and serve record and brief on or before February 20, 1942, and are ready for argument at the March Compensation and Unemployment Insurance Appeals Calendar Term of this court, commencing March 2, 1942, in which event the motion is denied. Motion to perfect appeal on typewritten record denied because of failure to show that appellants are poor persons. This denial is without prejudice to the making of a new application. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of ANTHONY GRECO, Appellant, against JOHN A. LYONS, as Commissioner of Correction, and Others, Respondents.— Motion to prosecute appeal on original record denied. Motion to prosecute appeal on typewritten record granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of GEORGE HADLEY, Appellant, against BICKFORD'S, INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to perfect appeal on typewritten record granted. Motion for leave to appeal on original file or folder of the Industrial Board denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

EDNA McDERMOTT, Appellant, v. JOHN E. CALLAGHAN, Respondent, and EDMUND L. O'BRIEN and CLINTON SHAVER, Defendants.— Motion for leave to prosecute appeal as a poor person granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.